UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ASHLEY RODENCAL,

    Plaintiff,

v.                                                               Case No.: 19-cv-370

CAILLIER CLINIC, LTD.,

    Defendant.

---

## FORM OF JUDGMENT

---

Based on Plaintiff's acceptance of Defendant's *Offer of Judgment* and pursuant to Fed. R. Civ. P. 68, judgment is entered in favor of Plaintiff Ashley Rodencal and against Defendant Callier Clinic, Ltd., in the amount of $1,500.00 plus attorneys' fees and costs in the amount of $7,402.30.

Rodencal's individual claims, as set forth in her Complaint, are dismissed with prejudice and on the merits. The claims of the putative class and collective on whose behalf she filed her Complaint are dismissed without prejudice, given that the Court has not certified a class under Fed. R. Civ. P. 23 or a collective under 29 U.S.C. § 216.

Entered this  5th day of ___September___, 2019.

                                                             s/ K. Frederickson, Deputy Clerk
                                                            Peter Oppeneer
                                                            Clerk of Court